Richard SCHREFFLER and Denise Schreffler, h/w

v.

PENNSYLVANIA PROPERTY AND CASUALTY INSURANCE GUARANTY ASSOCIATION, Successor of Physicians Insurance Company and Medical Professional Liability Catastrophe Loss Fund

Appeal of Medical Care Availability and Reduction of Error Fund, successor in interest to the Medical Professional Liability Catastrophe Loss Fund @ No. 54 MAP 2004

Appeal of Pennsylvania Property and Casualty Insurance Guaranty Association @ No. 56 MAP 2004.

Supreme Court of Pennsylvania.

Argued April 12, 2005.
Decided June 19, 2006.

Zella Smith Anderson, Tawny Kay Mummah, for Medical Care Availability and Reduction of Error Fund, successor to the MPLCLF.

Elizabeth Luening Long, Lise Luborsky, Philadelphia, for Pennsylvania Property and Cas. Ins. Guar. Ass'n.

Anthony D. Reagoso, Media, for Richard Schreffler.

J. Patrick Holahan, Kennett Square, for Denise Schreffler.

BEFORE: CAPPY, C.J., CASTILLE, NIGRO, NEWMAN, SAYLOR, EAKIN and BAER, JJ.

## ORDER

PER CURIAM.

**AND NOW,** this 19th day of June, 2006, the Order of the Commonwealth Court is hereby AFFIRMED.

Former Justice NIGRO did not participate in the decision of this case.

Justice SAYLOR dissents.